NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J.K.D.,                                    )
                                           )
            Appellant,                     )
                                           )
v.                                         )          Case No. 2D17-4522
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____           )


Opinion filed October 19, 2018.

Appeal from the Circuit Court for Pinellas
County; Kathleen T. Hessinger, Acting
Circuit Judge.

Howard L. Dimmig, II, Public Defender,
and Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jason M. Miller,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.